IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAVIS GAVONE JERNIGAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00019-JRG-RSP |
| | § | |
| MORRIS COUNTY SHERIFF OFFICE and MORRIS COUNTY SHERIFF STAFF, | § § § § | |
| | § | |
| *Defendants*. | | |

**ORDER**

Travis Gavone Jernigan ("Plaintiff"), a *pro se* prisoner, filed his Amended Complaint (Dkt. No. 12) on February 21, 2021. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 21), recommending dismissal of Plaintiff's Amended Complaint for failure to state a claim. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 15th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE